

## 9IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff | ) | Case No: 19 CR 322 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| EDWARD BURKE | ) | |
| PETER J. ANDREWS | ) | |
| CHARLES CUI | ) | |
| | ) | |
|     Defendants | ) | |
| | ) | |

## ORDER

Arraignment held. Defendants enter pleas of not guilty. Rule 16.1 conference to be held by June 11, 2019. Pretrial motions and supporting memoranda are to be filed by June 21, 2019. Responses are to be filed by July 3, 2019. Replies are to be filed July 11, 2019. Status hearing before Judge Dow is set for July 2, 2019 at 9:30 am. Enter agreed Protective Order for all defendants. All defendants are allowed to travel within the United States. Defendants shall refrain from any contact with anyone mentioned in the superseding indictment. The government's oral motion to exclude time is granted. Without objection, time to be excluded in the interest of justice for the complexity of the case, and for continuity of counsel under 18 U.S.C. Section 3161(h)(7)(A) (B) and United States vs. O'connor, No. 09-2476 (7th Cir.Sept. 1, 2011), from 6/4/2019 to and including 7/2/2019.     (X-T)

Date: June 4 , 2019

_____
Jeffrey Cole
U.S. Magistrate Judge

(T:0:10)