UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD M. BURKE,<br>PETER J. ANDREWS, and<br>CHARLES CUI | No. 19 CR 322<br><br>Judge Robert M. Dow, Jr. |

**JOINT STATUS REPORT**

The parties hereby respectfully submit the following joint status report:

**1. Discovery**

On May 26, 2020, the government received an additional discovery request from defendant Andrews. The government is reviewing this request and is preparing a response.

As set forth below, all defense counsel are working diligently to review with their clients the discovery previously tendered by the government, but have not yet completed their review of discovery.

<u>Alderman Edward M. Burke</u>

Since January 2019, the government has made fifteen productions comprised of documents collected from various City Departments, subpoenaed from third parties, and seized from the 14th Ward Office and Committee on Finance. The productions also comprise voluminous recordings. We are prepared to provide additional detail at the Court's request. Counsel for Alderman Burke has continued

diligently reviewing the produced materials, and as previously disclosed, Alderman Burke has also reviewed a selection of produced material.

### Charles Cui

Since April 2019, the government has made ten productions to counsel for Mr. Cui, which counsel has continued to diligently review. As disclosed in the parties' January 30, 2020 Joint Status Report, Mr. Cui has also reviewed a selection of produced material. Given the voluminous nature of the produced discovery, counsel's review remains ongoing.

### Peter Andrews

Counsel for Mr. Andrews and Mr. Andrews have substantially completed their review of discovery as it relates to Mr. Andrews, although they are still in the process of reviewing the voluminous recorded conversations that have been provided. Counsel for Mr. Andrews have also recently requested additional discovery and understand the government is in the process of responding to that request.

**3. Pretrial Motions**

At the Court's February 4, 2020 status hearing, the Court provided the defendants with an additional four months to file pretrial motions, and set June 4, 2020 as the date by which defendants' pretrial motions were to be filed. The defendants are of the view that the Court's General Orders related to the COVID-19 National Emergency extended this deadline; the government does not share this view. Whatever the intended scope of the Court's General Orders, however, the parties have conferred and under the present circumstances, the government has no

objection to the Court entering an order that provides that defendants shall have until August 20, 2020 to file their pretrial motions. The government requests that the Court set a further status for a time soon after August 20, 2020, to establish a briefing schedule on pretrial motions.

4. **Trial**

At the Court's February 4, 2020 status hearing, the Court stated that it would hold trial dates in May, June and July 2021. The government asks for a trial date to be set in that timeframe. Defense counsel request for the Court to set a trial date at the status hearing following the August 20, 2020 pretrial motion deadline.

5. **Status Hearing**

As set forth above, the parties request a status shortly after August 20, 2020, to set a briefing schedule on defendants' pretrial motions.

6. **Speedy Trial Act**

The government moves, pursuant to 18 U.S.C. 3161(h)(7(A), and without objection of any defendant, to exclude time to allow for the preparation of defendants'

pretrial motions and because the ends of justice in excluding time outweigh the best interest of the public and the defendant in a speedy trial.

Dated: June 8, 2020

                          Respectfully submitted.

                          JOHN R. LAUSCH, JR.
                          United States Attorney

By:   /s/ Amarjeet Bhachu
        AMARJEET BHACHU
        SARAH STREICKER
        MATTHEW L. KUTCHER
        Assistant United States Attorneys
        219 South Dearborn Street
        Fifth Floor
        Chicago, Illinois 60604
        (312) 353-5300