# BLEGEN & GARVEY
### ATTORNEYS AT LAW

PATRICK W. BLEGEN
pblegen@blegengarvey.com

THE MONADNOCK BUILDING
53 WEST JACKSON BOULEVARD
SUITE 1424
CHICAGO, ILLINOIS 60604

TELEPHONE (312) 957-0100
FACSIMILE (312) 957-0111

May 26, 2020

**By Email**
Amarjeet S. Bhachu
Assistant United States Attorney
U.S. Attorney's Office, Northern District of Illinois
219 South Dearborn Street
Fifth Floor
Chicago, Illinois 60604

          Re:   *United States v. Peter Andrews*
                 Case No. 19 CR 322

Dear Mr. Bhachu:

      We write with a request related to discovery. With regard to the FBI's interview of our client on November 28, 2019, we are requesting additional documents related to the government's requirement to prove "materiality." As such we request documents including internal communications between agents, between agents and supervisors or analysts, between agents and prosecutors, prosecutors and supervisors, and any other government officials related to: (1) the decision to interview our client; (2) the purpose of the interview; (3) information hoped to be gained by the interview; (4) the decision to record the interview; (5) the type of questions to be asked; (6) the manner of questioning; (7) the state of the government's investigation at the time of the interview; (8) the decision regarding which photographs to display to our client; (9) whether the agents intended to be truthful or deceptive in their statements to our client; and, (10) whether the interview was intended and designed to produce information or whether it was intended and designed in the hopes of producing a statement usable in an 18 U.S.C. § 1001 prosecution.

Exhibit A

Amarjeet Bhachu
May 26, 2020
Page Two

While the ten items listed above are the topics we believe to be related to materiality, our request is not limited to these items and would include any and all records related to the issue of materiality. Our request includes reports, emails, text messages, notes, memoranda and any other documentation related to materiality. As noted above, this request includes internal communications.

Lastly, we would request, as best as the government is able to provide, reproductions of the actual photos shown to our client during the FBI's interview. If the copies already provided in discovery are the best reproductions possible, we would request an opportunity to view the original photographs.

Thank you for your consideration of this matter. We are available to discuss further at your convenience.

Very truly yours

Patrick Blegen

Leland Shalgos

Exhibit A