

**U.S. Department of Justice**

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| *Matthew L. Kutcher* | *Dirksen Federal Courthouse* | Direct Line: (312) 469-6132 |
| *Assistant United States Attorney* | *219 South Dearborn Street, Fifth Floor* | E-mail: matthew.kutcher@usdoj.gov |
| | *Chicago, IL 60604* | |

August 17, 2020

Patrick Blegen
Blegen & Garvey
53 West Jackson Boulevard, Suite 1424
Chicago, Illinois 60604

Dear Mr. Blegen:

    I am writing in response to your May 26, 2020 letter to Assistant United States Attorney Amarjeet Bhachu regarding discovery in *United States v. Peter Andrews*, 19 CR 322.

    We are conducting a review of our hard copy and electronic files, and the FBI, at our direction, is conducting a review of the hardcopy and electronic files of the agents who were involved in the investigation at the time of Peter Andrews' interview by the FBI. Those reviews are on going. Based on the reviews to date, we have no additional responsive *Brady* materials to produce based on your requests. To the extent we locate any further responsive *Brady* information as we continue our review, we will inform you.

    With respect to your request for the photographs that were shown to Andrews during his interview, I will forward you color copies via email. If these copies are not sufficient, we can make the originals available for your review in our offices.

    Very truly yours,

    JOHN R. LAUSCH, JR.
    United States Attorney

By:   *Matthew L. Kutcher*
    Matthew L. Kutcher
    Assistant United States Attorney

Exhibit C