# Filed As Exhibit to Sealed Pleading