IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19 CR 322-2 |
| | ) | Judge Robert M. Dow, Jr. |
| EDWARD M. BURKE, *et al.*, | ) | |
| (PETER J. ANDREWS) | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ANDREWS' MOTION TO ADOPT
PRETRIAL MOTIONS FILED BY CODEFENDANT BURKE**

Defendant, **PETER J. ANDREWS**, by and through his attorneys, **BLEGEN & GARVEY** and **LELAND SHALGOS**, respectfully requests leave to adopt the following pretrial motions filed by his codefendant Alderman Burke.

| | |
|---|---|
| Dockets 95 & 97: | Alderman Burke's Motion to Suppress Title III Fruits and Derivatives and Supporting Memorandum of Law;[1] |
| Docket 102: | Alderman Burke's Motion to Suppress Title III Fruits and Derivatives Pursuant to 6/13/17 Cell Phone Wiretap;[2] |
| Dockets 106 &107: | Alderman Burke's Motion to Dismiss and Strike State Bribery, Commercial Bribery, and Official Misconduct Charges and Supporting Memorandum of Law;[3] |
| Docket 110: | Alderman Burke's Motion to Strike Prejudicial Surplusage from the Indictment;[4] |

---

[1] Pursuant to 18 U.S.C. § 2518(10)(a)(i)-(iii) Mr. Andrews is an "aggrieved party" who may move for suppression of the Title III results.

[2] *See*, footnote 1.

[3] This motion seeks to dismiss and strike the State Bribery, Commercial Bribery, and Official Misconduct charges that are part of Counts 7 & 8 of the Superseding Indictment, in which Mr. Andrews is charged.

[4] Although Mr. Andrews is not charged in Count One, the "Municipal Ordinance: Ethics Ordinance" referenced in that Count and which Alderman Burke's motion seeks to strike, may similarly confuse and mislead the jury in their consideration of the Counts in which Mr. Andrews is charged

WHEREFORE, Defendant Peter J. Andrews respectfully request that the Court enter its order permitting him to adopt the above listed motions.

                                            Respectfully submitted,

                                            **s/Patrick W. Blegen**
                                            **Patrick W. Blegen**

                                            **s/Leland Shalgos**
                                            **Leland Shalgos, Attorneys for**
                                            **Defendant Peter J. Andrews.**

| **Blegen & Garvey** | **Leland Shalgos** |
|---|---|
| 53 West Jackson Boulevard, | 2650 West 51st Street |
| Suite 1424 | Chicago, Illinois 60632 |
| Chicago, Illinois 60604 | (773) 925-1700 |
| (312) 957-0100 | |